ERIC GRANT
United States Attorney
LUKE BATY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>SERVANDO LOZANO,<br><br>                    Defendant. | CASE NO.  1:25-CR-00200-KES<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE: March 26, 2026<br>TIME: 2:30 PM<br>COURT: Hon. Christopher D. Baler |

**JOINT STIPULATION TO CONTINUE PRELIMINARY HEARING**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this supervised release petition was set for a Status Conference on March 26, 2026 in front of the Honorable Christopher D. Baker. ECF # 9

2.      The Defendant was released from custody

3.      On March 17, 2026, Defense Counsel Alekxia Torres-Stallings was appointed to represent the Defendant, replacing previously appointed Defense Counsel Reed Grantham. ECF#13.

4.      Defense Counsel Torres-Stallings is also in the process of receiving discovery from previously appointed counsel.

5.      On March 24, 2026, the government received a request from United States Probation Officer Chris Frausto requesting the status conference be continued for approximately one month.

1

6.     Officer Frausto indicated that the Defendant is currently completing the initial  stages of outpatient drug treatment, counseling, and testing. Officer Frausto requested an additional month's time for the Defendant to complete additional drug testing and demonstrate a longer period without drug use.

7.     Officer Frausto's hope would be that after an additional month' he would be able to provide the Court with a positive report that informs the next steps for resolving the Petition.

8.     As a result, Defense Counsel and the Government jointly request that the preliminary status conference currently set for March 26, 2026 be continued to April 28, 2026 in order to allow time for Defense Counsel to review discovery,  to confer with the Defendant, and for the Defendant to continue his drug treatment and testing in hopes of reaching a more favorable resolution with the government and Probation.

9.      Because this case involves a pending supervised release petition, no exclusion of time is necessary.

IT IS SO STIPULATED.

///

///

Dated:  March 25, 2026                    ERIC GRANT
                                          United States Attorney


                                          /s/ LUKE BATY
                                          LUKE BATY
                                          Assistant United States Attorney


Dated:  March 25, 2026                    /s/ ALEKXIA TORRES - STALLINGS
                                          ALEKXIA TORRES - STALLINGS
                                          Counsel for Defendant
                                          SERVANDO LOZANO

2

**ORDER ON STIPULATION**

Based upon the stipulation and representations of the parties, the Court orders the status conference be continued until April 28, 2026 at 2:30 PM.

IT IS SO ORDERED.

Dated:   **March 25, 2026**

_____
UNITED STATES MAGISTRATE JUDGE