ERIC GRANT
United States Attorney
LUKE BATY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SERVANDO LOZANO,<br>Defendant. | CASE NO. 1:25-CR-00200-KES<br>STIPULATION AND ORDER TO CONTINUE SENTENCING<br>DATE: September 14, 2026<br>TIME: 9:30 PM<br>COURT: Hon. Kirk E. Sherriff |

**JOINT STIPULATION TO CONTINUE SENTENCING**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this supervised release petition was set for a Sentencing on September 14, 2026 in front of the Honorable Kirk E. Sherriff. ECF # 24

2. On September 4, 2026, United States Probation Officer Christopher Frausto informed the parties that the Defendant submitted a urine sample on August 14, 2026 that tested positive for cocaine. Officer Frausto received the confirmation of the positive urine test on August 31, 2026.

3. Officer Frausto has communicated to the parties that he requires additional time to complete the dispositional memorandum prior to sentencing in light of the positive urine test.

4. As a result, the parties agree to continue the sentencing from September 14, 2026 to October 26, 2026.

5. Because this case involves a pending supervised release petition, no exclusion of time is necessary.

IT IS SO STIPULATED.

///

///

Dated: September 8, 2026

ERIC GRANT
United States Attorney

/s/ LUKE BATY
LUKE BATY
Assistant United States Attorney

Dated: September 8, 2026

/s/ ALEKXIA TORRES STALLINGS
ALEKXIA TORRES STALLINGS
Counsel for Defendant
SERVANDO LOZANO

**ORDER**

Based upon the stipulation and representations of the parties, the Court orders the Sentencing currently set on September 14, 2026, be continued until October 26, 2026, at 9:30 AM.

IT IS SO ORDERED.

Dated: September 9, 2026

UNITED STATES DISTRICT JUDGE